UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY TARJEFT,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 20-cv-13306
Hon. Matthew F. Leitman

_____/

**ORDER (1) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 18) AND (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 19)**

In this action, Plaintiff Kimberly Tarjeft challenges the denial of her application for Disability Insurance Benefits under the Social Security Act. (*See* Compl., ECF No. 1.) Tarjeft and Defendant Commissioner of Social Security have now filed cross-motions for summary judgment. (*See* Mots., ECF Nos. 18, 19.)

On May 9, 2022, the assigned Magistrate Judge issued a Report and Recommendation in which she recommended that the Court deny Tarjeft's motion and grant the Commissioner's motion (the "R&R"). (*See* R&R, ECF No. 20.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of her recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.*, PageID.799-800.)

1

Tarjeft has not filed any objections to the R&R.  The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985).  In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Tarjeft has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant the Commissioner's Motion for Summary Judgment and deny Tarjeft's Motion for Summary Judgment is **ADOPTED**.

**IT IS FURTHER ORDERED** that (1) Tarjeft's Motion for Summary Judgment (ECF No. 18) is **DENIED** and (2) the Commissioner's Motion for Summary Judgment (ECF No. 19) is **GRANTED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  September 1, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 1, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126

2